**EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Domino Amjet | 12/16/2022 | 266549 | Check | $ 1,887.91 |
| Akorn Operating Company, LLC | Domino Amjet | 1/19/2023 | 266989 | Check | $ 33,711.29 |
|  |  |  |  |  | $ 35,599.20 |